**FILED**

**OCT 13 2021**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## United States Bankruptcy Court
### District of Columbia

In re    **William Patrick Farrand**

Debtor(s)

Case No.

Chapter    **13**

## LIST OF CREDITORS AND MAILING MATRIX

1.  The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of __3__ pages and a total of __23__ entities listed.

2.  The attached list contains a true and correct name and address of:

    - each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

    - each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date: _October 13, 2021_      _____
William Patrick Farrand
Signature of Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Applied Card Bank
660 Plaza Drive
Newark, DE 19702


Applied Card Bank
PO Box 5165
400 White Clay Center Drive
Newark, DE 19711


Attorney General for DC
441 4th Street, N.W. #6N
Washington, DC 20001


BSI Financial Services
314 S. Franklin Street, 2nd Fl
P.O. Box 517
Titusville, PA 16354


BWW Law Group, LLC
6003 Executive Blvd. #101
Rockville, MD 20852


Citibank NA
PO Box 769006
San Antonio, TX 78245


Citrus County Tax Collector
210 N. Apoka Ave., Suite 100
Inverness, FL 34450-4298


Michael L. Cranston, CPA
4085 Chain Bridge Road #400
Fairfax, VA 22030


DC Gov't Ofc. of Tax & Revenue
Collection Division
1101 4th Street, S.W.
Sixth Floor
Washington, DC 20024

Kathryn H. Gerling
202 St. Martin's Road
Baltimore, MD 21218


Internal Revenue Service
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346


David Koch, Esq.
Wright Ginsberg Brusilow PC
14755 Preston Road, Suite 600
Dallas, TX 75254


Magnum Hunter Production, Inc.
P.O. Box 843343
Dallas, TX 75284-3343


Mekribon Abdeellaeva
1746 T Street, N.W.
Washington, DC 20009


Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108


Midland Funding
2365 Northside Drive
Suite 300
San Diego, CA 92108


Erwin J. Moosher
1634 33rd Street, N.W.
Washington, DC 20007-2724


John Parkhurst
1755 S Street, N.W.
Washington, DC 20009

```
Portfolio Recovery
120 Corporate Blvd Ste 1
Norfolk, VA 23502


Portfolio Recovery
PO Box 41067
Norfolk, VA 23541


Statebridge Company
5680 Greenwood Plaza Blvd.
Englewood, CO 80111


U.S. Attorney for D.C.
Civil Division - Finan. Litig.
555 Fourth Street, N.W.
Room 10-312
Washington, DC 20001


Wilmington Savings Fund
5680 Greenwood Plaza Blvd.
Suite 100
Denver, CO 80237
```