**FILED**

NOV 0 8 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

☐ Check if this is an
amended filing

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| | | | |
|---|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................. | $ | 1,802,880.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $ | 4,485.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $ | 1,807,365.00 |
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $ | 1,102,459.18 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $ | 35,225.66 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ | 138,355.73 |
| 4. | *Schedule I: Your Income* (Official Form 106I) | | |
| | Copy your combined monthly income from line 12 of *Schedule I*.................................................... | $ | 500.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | | |
| | Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ | 2,532.45 |

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

Yes

7.  **What kind of debt do you have?**

**Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          **Summary of Your Assets and Liabilities and Certain Statistical Information**          page 1 of 2

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 35,225.66 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |



**FILED**

NOV 0 8 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## Official Form 106A/B

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   Yes. Where is the property?

   ~~1746 S Street, N.W.~~
   Street address, if available, or other description

   Washington     DC     20009-0000

   ☐

   ☐

   Single-family home

   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative

   ☐ Manufactured or mobile home
   ☐ Land

   Timeshare

   ☐ Other _____

   **Who has an interest in the property?** Check one

   ☐ Debtor 1 only
   ☐ Debtor 2 only

   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number:

   **Current value of the entire property?**

   **Current value of the portion you own?**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee simple**

   **Check if this is community property**
   (see instructions)

Debtor 1    **William Patrick Farrand**                                          Case number *(if known)*    **21-00251-ELG**

1.2

___11067 N. Glenda Ter.___

Street address, if available, or other description

**Dunnellon**        **FL**     **34434-0000**
☐

City                State          ZIP Code

☐

**Citrus**

County

| | |
|---|---|
| **What is the property?** Check all that apply | |

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home
   Land

☐ Investment property
   Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,880.00 | $2,880.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

(see instructions)

_____

---

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   No
   ☐ Yes

   .pages you have attached for Part 2. Write that number here                    =>    _____

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   Yes.  Describe.....

---

Debtor 1   **William Patrick Farrand** _____   Case number *(if known)*   **21-00251-ELG**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games

   ☐ No

   Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles

   No

   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments

   ☐ No

   Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    No

    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No

    Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    No

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here** ...........................................................................

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **William Patrick Farrand** | Case number *(if known)* | **21-00251-ELG** |

portion you own?
Do not deduct secured
claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

Yes................................................................................................................

Cash on
hand. $10.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

Yes......................

Institution name:

17.1. **Checking**   Checking account, EagleBank, account no. 3360.   $5.00

17.2. **Brokerage**   Morgan Stanley brokerage account.  Inactive for several years.   $0.00

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

Yes.................

Institution or issuer name:

**Approx. 650,000 shares of "penny stock"  Ireland, Inc. (IRLD), plus a similar amount of warrants.**
**Approx. 1,706,000  shares of "penny stock"  Searchlight Minerals Corp., (SRCH), plus 1/2 that number in warrants.**
**Both stocks are illiquid: (last trades at 9 cents or less). Attempts to sell any significant number of shares would likely drive price to zero; according, value shown as "undetermined."**

Undetermined

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

Yes.  Give specific information about them...................

Name of entity:      % of ownership:

**Please see attached list.**   varies   %   $0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

No

☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

No

☐ Yes. List each account separately.
Type of account:      Institution name:

| Debtor 1 | **William Patrick Farrand** | Case number *(if known)* | **21-00251-ELG** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

Yes. .....................          Institution name or individual:

| | Gas (security deposit) | **Washington Gas security deposit.** | | $100.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

No

☐ Yes.............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

No

☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

No

☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

No

☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

No

☐ Yes. Give specific information about them...

**28. Tax refunds owed to you**

No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else

☐ No

Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

Yes. Name the insurance company of each policy and list its value.
          Company name:                    Beneficiary:                    Surrender or refund
                                                                           value:

| Debtor 1 | **William Patrick Farrand** | | Case number *(if known)* | **21-00251-ELG** |
|---|---|---|---|---|

| | Homeowner's insurance, Chubb Insurance Co. | William P. Farrand | $0.00 |
|---|---|---|---|

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   No

☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

   Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   No

☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

   No

☐ Yes. Give specific information..

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

   Yes.  Go to line 38.

**38. Accounts receivable or commissions you already earned**

   No

☐ Yes. Describe.....

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

   Yes. Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

   No

☐ Yes. Describe.....

| Debtor 1 | **William Patrick Farrand** | Case number *(if known)* | **21-00251-ELG** |
|---|---|---|---|

**41. Inventory**

    No

☐ Yes.  Describe.....

**42. Interests in partnerships or joint ventures**

☐ No

    Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Only those shown in response to Q. 19, above.** | _____ % | _____ **$0.00** |

**43. Customer lists, mailing lists, or other compilations**

    No.

☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        No

    ☐ Yes.  Describe.....

**44. Any business-related property you did not already list**

    No

☐ Yes. Give specific information.........

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    No. Go to Part 7.

☐ Yes. Go to line 47.

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No

    Yes. Give specific information.........

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **William Patrick Farrand**                                      Case number *(if known)*  **21-00251-ELG**

| | | |
|---|---|---|
| 55.  **Part 1: Total real estate, line 2** ............................................................................................................ | | $1,802,880.00 |
| 56.  **Part 2: Total vehicles, line 5** | $0.00 | |
| 57.  **Part 3: Total personal and household items, line 15** | $4,270.00 | |
| 58.  **Part 4: Total financial assets, line 36** | $115.00 | |
| 59.  **Part 5: Total business-related property, line 45** | $100.00 | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61.  **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62.  **Total personal property.** Add lines 56 through 61... | $4,485.00 |  Copy personal property total        $4,485.00 |
| 63.  **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $1,807,365.00 |

In re   **William Patrick Farrand**                                        Case No.   **21-00251-ELG**
                                    Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A - Schedule B, Question 19

William P. Farrand - Business Interests, Partnerships, and Joint Ventures

The Debtor has interests in the following businesses, partnerships and limited liability companies:

**United Energy Partners, LLC**
no value

**UEP Illinois Reef Venture, LLC** - value now possibly $25,000

**Blue Flame Capital IV, LLC**
value now ~$50,000

**BFC Illinois Reef Venture, LLC**
value now -$75,000

**BFC Searchlight Minerals Acquisition Partners, LLC**
value now ~$30,000

**Blue Flame Capital, LLC**
$50

**Blue Flame Capital Partners, LLC**
$0.59

**11509 Charlton Dr LLC**
potential value $10,000 when developed

**Red Shoes 2011-1, LLC**
defunct but statement active

**Red Shoes 2011-I, LLC**
defunct but statement still active

**925 Ridge Road LLC**
defunct but statement still active

**306 T Street LLC**
defunct but statement still active

**1442 T Street, LLC**
defunct but statement still active

**Quintana Place, LLC**
defunct but statement still active

**Blue Flame Capital Partners II, LLC**
unused

**3154 Monroe St LLC**
potential value $10,000 when developed

**3156 Monroe ST LLC**
potential value $20,000 when developed

**DAR Development, LLC**
defunct but statement still open

**Blue Flame Acreage Acquisition, LLC**
unused - statement

**Blue Flame Energy Capital Partners, LLC**
unused possibly defunct

**Blue Flame Resources, LLC**
value now $60,000

**to be named BFR Appalachian Acquisition Partners, LLC**
value approx. $30,000

**FILED**

NOV 0 8 2021

~~Clerk,~~ U.S. District & Bankruptcy
Courts for the District of Columbia

☐ Check if this is an
amended filing

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| | | | |
|---|---|---|---|
| **1746 S Street, N.W. Washington, DC 20009**<br>Line from *Schedule A/B*: **1.1** | $1,800,000.00 | $389,378.31<br>any applicable statutory limit | **D.C. Code Ann. § 15-501(a)(14)** |
| Line from *Schedule A/B*: **1.2** | $2,880.00 | ☐ $10.00<br>100% of fair market value, up to any applicable statutory limit | **D.C. Code Ann. § 15-501(a)(3)** |
| Line from *Schedule A/B*: **6.2** | $1,200.00 | ☐ $1,200.00<br>100% of fair market value, up to any applicable statutory limit | **D.C. Code Ann. § 15-501(a)(2)** |
| Line from *Schedule A/B*: **7.1** | $200.00 | ☐ $200.00<br>100% of fair market value, up to any applicable statutory limit | **D.C. Code Ann. § 15-501(a)(3)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   No

Debtor 1   **William Patrick Farrand** _____    Case number (if known)   **21-00251-ELG** _____

☐   Yes

**FILED**

NOV 0 8 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

☐ Check if this is an
amended filing

## Schedule D: Creditors Who Have Claims Secured by Property

☐                                                                                                          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

Yes. Fill in all of the information below.

| | | | | |
|---|---|---|---|---|
| **Citibank NA** | Describe the property that secures the claim: | $150,000.00 | $1,800,000.00 | $0.00 |

**PO Box 769006**
**San Antonio, TX 78245**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Unliquidated

Disputed

**Who owes the debt?** Check one.

Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.

An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
Other (including a right to offset)     **Equity line of credit**

Date debt was incurred

**Opened**

| | | | |
|---|---|---|---|
| 2.2 | **Citrus County Tax** | $3,432.95 | $2,880.00 | $552.95 |

Creditor's Name

**210 N. Apoka Ave., Suite 100**
**Inverness, FL 34450-4298**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
Judgment lien from a lawsuit

Other (including a right to offset)    **Real property taxes**

Official Form 106D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **William Patrick Farrand**

First Name      Middle Name      Last Name

Case number (if know)  **21-00251-ELG**

|  |  |  |
|---|---|---|
| **$35,000.00** | **$1,800,000.00** | **$0.00** |

**2.3**  **Estate of Kathryn H.**

Creditor's Name

**202 St. Martin's Road
Baltimore, MD 21218**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a**
☐ **community debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

Other (including a right to offset)  _____

---

**Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA
19101-7346**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

Debtor 1 only

☐ Debtor 2 only

☐

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a**
☐ **community debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

Unliquidated

Disputed

**Nature of lien.** Check all that apply.

An agreement you made (such as mortgage or securedcar loan)

Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

Other (including a right to offset)  _____

Date debt was incurred_____

Last 4 digits of account number  _____

|  |  |  |
|---|---|---|
| **$703,034.44** | **$1,800,000.00** | **$0.00** |

**2.5**  **Wilmington Savings**

Creditor's Name

**Suite 100
Denver, CO 80237**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

Unliquidated

Disputed

**Nature of lien.** Check all that apply.

An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a**

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

**community debt**

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of

Debtor 1  **William Patrick Farrand**          Other (including a right to offset)    **Deed of trust** Case number (if know)      **21-00251-ELG**
          First Name       Middle Name          Last Name

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1  **William Patrick Farrand**                                    Case number (if know)   **21-00251-ELG**
     First Name       Middle Name       Last Name

           **Opened**
Date debt was incurred  **11/03**     Last 4 digits of account number  **7196**

---

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**BSI Financial Services**
**314 S. Franklin Street, 2nd Fl**
**P.O. Box 517**
**Titusville, PA 16354**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number  **7196**

---

**BWW Law Group, LLC**
**6003 Executive Blvd. #101**
**Rockville, MD 20852**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number

---

**Statebridge Company**
**5680 Greenwood Plaza Blvd.**
**Englewood, CO 80111**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number

---

**U.S. Attorney for D.C.**
**Civil Division - Finan. Litig.**
**555 Fourth Street, N.W.**
**Room 10-312**
**Washington, DC 20001**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number

---

**FILED**

NOV 0 8 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Check if this is an
amended filing

## Schedule E/F: Creditors Who Have Unsecured Claims

☐                                                                                                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **DC Gov't Ofc. of Tax & Revenue** | $35,225.66 | $35,225.66 | $0.00 |

Last 4 digits of account number _____

When was the debt incurred?  2011

Priority Creditor's Name
**Collection Division**
**1101 4th Street, S.W.**
**Sixth Floor**
**Washington, DC 20024**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____ **Income tax**

☐

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

Debtor 1  **William Patrick Farrand**

Case number (if know)  **21-00251-**

**Applied Card Bank**
Nonpriority Creditor's Name

Last 4 digits of account number  **6723**                                    $1,599.00

**660 Plaza Drive**
**Newark, DE 19702**
Number Street City State Zip Code

When was the debt incurred?  **Opened 01/00**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- No
- ☐
- ☐ Yes

   Contingent
- ☐ Unliquidated
- Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- Other. Specify  **Credit Card**

---

Nonpriority Creditor's Name

**4085 Chain Bridge Road #400**
**Fairfax, VA 22030**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- No
- ☐
- ☐ Yes

   Contingent
- ☐ Unliquidated
- Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- Other. Specify  **Accounting services**

---

| 4.3 | **David Koch, Esq.** |

Last 4 digits of account number  _____                    $31,390.95

Nonpriority Creditor's Name

**Wright Ginsberg Brusilow PC**
**14755 Preston Road, Suite 600**
**Dallas, TX 75254**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

- No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- Other. Specify  **Legal services**

---

Debtor 1  **William Patrick Farrand**

Case number (if know)  **21-00251-ELG**

| 4.4 | **Magnum Hunter Production, Inc.** | Last 4 digits of account number | 7466 | | $2,688.76 |

Nonpriority Creditor's Name
P.O. Box 843343
Dallas, TX 75284-3343

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ● Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ● No
- ☐
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ● Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ● Other. Specify   **Lease operating expense**

---

Nonpriority Creditor's Name
2365 Northside Dr Ste 30
San Diego, CA 92108

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ● Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ● No
- ☐
- ☐ Yes

**When was the debt incurred?**   **Opened 05/12**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ● Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ● Other. Specify   **Factoring: Chase Bank USA N.A.**

---

| **Midland Funding** | Last 4 digits of account number | 6802 | | $3,195.00 |

2365 Northside Dr Ste 30
San Diego, CA 92108

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ● Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ● No
- ☐
- ☐ Yes

**When was the debt incurred?**   **Opened 12/10**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ● Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ● Other. Specify   **Factoring: HSBC Bank Nevada N.A.**

---

Debtor 1  **William Patrick Farrand**                                    Case number (if know)  **21-00251-ELG**

| 4.7 | **Erwin J. Moosher** | | $7,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1634 33rd Street, N.W.**
**Washington, DC 20007-2724**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ● Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ● No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  **Nov. 2016**

**As of the date you file, the claim is:** Check all that apply

- Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ● Other. Specify  **Personal loan**

---

**John Parkhurst**                                                        $35,000.00

**1755 S Street, N.W.**
**Washington, DC 20009**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ● Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ● No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ● Other. Specify  **Loan**

---

**Portfolio Recovery**                                                    $1,214.00

**120 Corporate Blvd Ste 1**
**Norfolk, VA 23502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ● Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ● No
- ☐ Yes

**Last 4 digits of account number**  **7488**

**When was the debt incurred?**  **Opened 08/11**

**As of the date you file, the claim is:** Check all that apply

- Contingent
- ☐ Unliquidated
- ● Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ● Other. Specify  **Factoring: HSBC Bank Nevada N.A.**

---

**List Others to Be Notified About a Debt That You Already Listed**

Name and Address
**Applied Card Bank**
**PO Box 5165**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ● Part 2: Creditors with Nonpriority Unsecured Claims

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page **4** of 5

Debtor 1  **William Patrick Farrand** _____          Case number (if know)   **21-00251-ELG**

**400 White Clay Center Drive**
**Newark, DE 19711**

| | |
|---|---|
| | Last 4 digits of account number |
| Name and Address<br>**Attorney General for DC**<br>**441 4th Street, N.W. #6N**<br>**Washington, DC 20001** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):  ● Part 1: Creditors with Priority Unsecured Claims<br>○ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**David B. Koch, Esq.**<br>**Coats | Rose**<br>**14755 Preston Road, Suite 600**<br>**Dallas, TX 75254** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>● Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Midland Funding**<br>**2365 Northside Drive**<br>**Suite 300**<br>**San Diego, CA 92108** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>● Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Midland Funding**<br>**2365 Northside Drive**<br>**Suite 300**<br>**San Diego, CA 92108** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>● Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Portfolio Recovery**<br>**PO Box 41067**<br>**Norfolk, VA 23541** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>● Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|   |   |   | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 35,225.66 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. | $ 35,225.66 |

|   |   |   | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 138,355.73 |
| | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 138,355.73 |

**Fill in this information to identify your case:**

Debtor 1    **William Patrick Farrand**
      First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    DISTRICT OF
COLUMBIA

Case number    **21-00251-ELG**
(if known)

☐ Check if this is an
amended filing

**FILED**

NOV 0 8 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## Official Form 106G

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   • Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **Mekribon Abdeellaeva**<br>**1746 T Street, N.W.**<br>**Washington, DC 20009** | **Lease for portion of house; Debtor is lessor** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **William Patrick Farrand** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF |
| COLUMBIA | |
| Case number | **21-00251-ELG** |
| (if known) | |

FILED

NOV 0 8 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

☐ Check if this is an
amended filing

# Official Form 106H

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

● No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

● No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | | | | |
|---|---|---|---|---|
| Name | | | | ☐ Schedule E/F, line  _____ |
| | | | | ☐ Schedule G, line  _____ |
| Number | Street | | | |
| City | | State | ZIP Code | |
| Name | | | | ☐ Schedule E/F, line  _____ |
| | | | | ☐ Schedule G, line  _____ |
| Number | Street | | | |
| City | | State | ZIP Code | |

Official Form 106H                    Schedule H: Your Codebtors                    Page 1 of 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com



**FILED**

NOV 0 8 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Check if this is:

☐ A supplement showing postpetition chapter
13 income as of the following date:
MM / DD/ YYYY

Official Form 106I                                                    12/15

# Schedule I: Your Income

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

|   | | | |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | ☐ Employed ☐ Not employed |
|   | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Not employed |
|   | Include part-time, seasonal, or self-employed work. | **Occupation**  Investor | |
|   | | **Employer's name**  (self) | |
|   | Occupation may include student or homemaker, if it applies. | **Employer's address** | |
|   | | **How long employed there?** | |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ _____ **0.00** | $ _____ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3.  +$ _____ **0.00** | +$ _____ **N/A** |

Debtor 1   **William Patrick Farrand** _____   Case number *(if known)*   **21-00251-ELG** _____

| | | | | | |
|---|---|---|---|---|---|
| | **Copy line 4 here** _____ | 4. | $ | 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions. Specify:** _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ N/A

8. **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 500.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income. Specify:** _____ | 8h.+ | $ 0.00 + | $ N/A |

Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**   12.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
$ 500.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐   No.

FILED

NOV 0 8 2021

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

☐ An amended filing
☐ A supplement showing postpetition chapter
13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                                              12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

1.  **Is this a joint case?**

    • No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**       • No
    Do not list Debtor 1 and           ☐ Yes.   Fill out this information for
    Debtor 2.

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ Yes  ☐ No |
| | _____ | _____ | ☐ Yes  ☐ No |
| | _____ | _____ | ☐ Yes  ☐ No |
| | _____ | _____ | ☐ Yes |

3.  **Do your expenses include**       • No
    **expenses of people other than**   ☐ Yes
    **yourself and your dependents?**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.          4.  $ _____ 0.00

    **If not included in line 4:**

    4a.   Real estate taxes                                          4a.  $_____ 857.45
    4b.   Property, homeowner's, or renter's insurance               4b.  $_____ 0.00
    4c.   Home maintenance, repair, and upkeep expenses              4c.  $_____ 0.00
    4d.   Homeowner's association or condominium dues                4d.  $_____ 0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans   5.  $_____ 0.00

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 225.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 50.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 350.00 |
| | 6d. | Other. Specify: **Comcast** | 6d. $ | 230.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 250.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 50.00 |
| 10. | **Personal care products and services** | | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 75.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 20.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 100.00 |
| | Specify: **Brother** | | 19. | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **Pet expenses** | | 21. +$ | 125.00 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 2,532.45 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 2,532.45 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 500.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 2,532.45 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | -2,032.45 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ Yes.

**FILED**

NOV 0 8 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

☐ Check if this is an
amended filing

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

- No

☐ Yes. Name of person_____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____    X    Signature of Debtor 2

William Patrick Farrand
Signature of Debtor 1

Date    November 8, 2021_____    Date _____

Official Form 106Dec        **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy